UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV11 3060

In the matter of RIVERVIEW EQUIPMENT ) Case No.
COMPANY, LLC, as owner, and JERICO )
PRODUCTS, INC., as bareboat charterer, of ) [PROPOSED] **ORDER DIRECTING**
the barge PETER LIND, vessel document ) **ISSUANCE OF NOTICE AND**
number 533413, for exoneration from or ) **PUBLICATION THEREOF, AND**
limitation of liability. ) **RESTRAINING ORDER**
)
) 46 U.S.C. § 30501 *et seq.*
)
) Federal Rules of Civil Procedure,
) Supplemental Rules for Certain
) Admiralty and Maritime Claims, Rule F

WHEREAS, this complaint-in-limitation for exoneration from or limitation of liability is being filed simultaneously with this [Proposed] Order by Plaintiffs-in-Limitation RIVERVIEW EQUIPMENT COMPANY, LLC as owner, and JERICO PRODUCTS, INC., as the bareboat charterer of the barge PETER LIND, vessel document number 533413, (hereinafter "the VESSEL"), wherein Plaintiffs-in-Limitation seek exoneration from or limitation of liability for any and all losses, injuries, and/or damages occasioned as a result of alleged incident on or about October 18, 2010, in which Juan Reynoso claims he was injured when he fell from the gangway on the VESSEL when it was on or about San Francisco Bay at Pier 92 in San Francisco, California; and

---

NOTICE TO CLAIMANTS OF FILING OF LIMITATION PROCEEDING
Case No.            ; Our File No. 8003.09

1  WHEREAS, the complaint-in-limitation having stated the facts and circumstances upon
2  which said exoneration or limitation is claimed; and
3  WHEREAS, it appears that the claims that may be made against Plaintiffs-in-Limitation
4  could be in amounts which could exceed the value of Plaintiffs-in-Limitation's interest in the
5  VESSEL immediately after the alleged incident; and
6  WHEREAS, Plaintiffs-in-Limitation's insurers have given security for damages in costs
7  herein;
8  AND NOW THEREFORE, on application of Gibson Robb & Lindh LLP, counsel for
9  Plaintiffs-in-Limitation, it is hereby:
10  ORDERED that the Clerk of this Court issue a notice forthwith, in the form submitted
11  with this Order, to all persons or entities asserting claims with respect to which the complaint
12  seeks exoneration or limitation, admonishing them to file their respective claims with the Clerk
13  of the Court and serve attorneys for Plaintiffs-in-Limitation with a copy thereof within 30 days of
14  the issuance of the notice;
15  AND IT IS FURTHER ORDERED that public notice shall be given by publication
16  thereof in the legal newspaper known as "The Recorder," and that such notice shall be published
17  once a week for four consecutive weeks prior to the date affixed herein for filing of claims;
18  AND IT IS FURTHER ORDERED that not later than the date of the second publication
19  of said notice, Plaintiffs-in-Limitation shall mail a copy of said notice to every person or concern,
20  if any, known to have made any claim against Plaintiffs-in-Limitation as a result of the alleged
21  incident involving the VESSEL on or about October 18, 2010;
22  AND IT IS FURTHER ORDERED that the continued prosecution of any and all suits,
23  actions or proceedings which may already have begun against Plaintiffs-in-Limitation in any
24  court whatsoever to recover damages arising out of, or occasioned by, or consequent upon the
25  alleged incident on or about October 18, 2010, and institution or prosecution of any suits, actions
26  or legal proceedings of any nature description whatsoever in any court wheresoever, except in
27  this proceeding for exoneration from or limitation of liability, against Plaintiffs-in-Limitation, in
28  respect of any claim or claims arising out of the aforesaid alleged incident, or otherwise subject

1 to limitation proceeding, be and the same are hereby stayed and restrained;

2 AND IT IS FURTHER ORDERED that a certified copy of this order as a restraining
3 order shall be served by certified mail, return receipt requested, on the person or persons, or
4 entity or entities, to be restrained, or to their respective attorneys or representatives, if known;

5 AND IT IS FURTHER ORDERED that the publication and mailing of copies of the
6 Notice to Claimants, required by Rule F(4), Supplemental Rules for Certain Admiralty and
7 Maritime Claims, Federal Rules of Civil Procedure, shall constitute due notice to all persons
8 asserting claims with respect to which said complaint-in-limitation seeks limitation or
9 exoneration.

10 IT IS SO ORDERED.

12 Dated: _____June 23___, 2011



Judge William Alsup