IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF RIVERVIEW EQUIPMENT COMPANY, LLC, as owner, and JERICO PRODUCTS, INC., as bareboat charterer, of the barge PETER LIND, vessel document number 533413, for exoneration from or limitation of liability. _____/ | No. C 11-03060 WHA<br><br>**ORDER RE NOTICE OF SETTLEMENT** |

The Court acknowledges and thanks Riverview Equipment Company's notice of settlement. Since there is is an outstanding motion for order granting petition for exoneration from liability in this case, please file your dismissal papers by **AUGUST 10, 2012**, so that the hearing may be vacated.

**IT IS SO ORDERED.**

Dated: July 31, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE